Filed
6/22/17 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOHN W. WHEELER

           Debtor(s)

Ronda J. Winnecour, Trustee
    Movant
      vs.
JOHN W. WHEELER

        Respondents

Case No.12-22494GLT

Chapter 13

Document No. __46__

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____22nd____ day of __June__ , 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Costco Wholesale
Attn: Payroll Manager
999 Lake Dr
Issaquah,WA 98027

is hereby ordered to immediately terminate the attachment of the wages of JOHN W. WHEELER, social security number XXX-XX-9978. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOHN W. WHEELER.

Dated: 6/22/17

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-22494-GLT
John W. Wheeler                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy          Page 1 of 1          Date Rcvd: Jun 22, 2017
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db              +John W. Wheeler,    392 Mary Street,    Cranberry Twp, PA 16066-6348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Edgardo D. Santillan    on behalf of Debtor John W. Wheeler ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Debtor John W. Wheeler pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 6