**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JOHN W. WHEELER |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 12-22494GLT |

# Form 4100N
# Notice of Final Cure Payment                                10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## Part 1: Mortgage Information

**Name of creditor:** VERICREST FINANCIAL INC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 3 3

**Property Address:** 392 MARY ST
CRANBERRY TWP PA 16066

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**      **Amount**

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 12,490.81 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 12,490.81 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 12,490.81 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment      $    $829.03

    The next postpetition payment is due on    8 / 1 / 2017
                                                 MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **JOHN W. WHEELER** | Case number *(if known)* | **12-22494GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour        Date 08/17/2017
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | JOHN W. WHEELER | Case number *(if known)* | 12-22494GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE ARREARS (Part 2 (b))** | | | | |
| 11/27/2012 | 0822713 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 486.24 |
| 05/23/2013 | 0847603 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 268.38 |
| 06/25/2013 | 0851824 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 363.84 |
| 07/25/2013 | 0856015 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 363.84 |
| 08/27/2013 | 0860162 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 363.84 |
| 09/26/2013 | 0864280 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 978.10 |
| 10/25/2013 | 0868378 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.25 |
| 11/22/2013 | 0872397 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 01/28/2014 | 0880604 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 102.02 |
| 02/25/2014 | 0884622 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 03/25/2014 | 0888678 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 04/25/2014 | 0892865 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 966.71 |
| 05/28/2014 | 0896911 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 07/24/2014 | 0905075 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 102.02 |
| 08/26/2014 | 0909128 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 09/29/2014 | 0913313 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 966.71 |
| 10/29/2014 | 0917272 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.10 |
| 12/22/2014 | 0925989 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 102.02 |
| 01/27/2015 | 0930119 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 02/24/2015 | 0934131 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 03/26/2015 | 0938260 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 966.71 |
| 04/24/2015 | 0942422 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 305.59 |
| 05/26/2015 | 0946488 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 356.24 |
| 07/28/2015 | 0954524 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 115.33 |
| 08/26/2015 | 0958533 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 354.98 |
| 09/28/2015 | 0962414 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 344.85 |
| 10/26/2015 | 0966479 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 349.91 |
| 11/24/2015 | 0970641 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 349.92 |
| 12/22/2015 | 0974590 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 349.91 |
| 01/26/2016 | 0978672 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 349.92 |
| 02/24/2016 | 0982574 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 349.91 |
| 03/28/2016 | 0986634 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 27.79 |
| | | | | **12,490.81** |
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 06/27/2012 | 0802042 | VERICREST MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 499.44 |
| 07/27/2012 | 0806284 | VERICREST MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 1,507.50 |
| 08/30/2012 | 0810637 | VERICREST MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 1,005.00 |
| 09/25/2012 | 0814497 | VERICREST MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 502.49 |
| 10/29/2012 | 0818726 | VERICREST MORTGAGE | AMOUNTS DISBURSED TO CREDITOR | 1,499.82 |
| 12/21/2012 | 0826813 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 611.20 |
| 01/29/2013 | 0831151 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,110.74 |
| 02/25/2013 | 0835220 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,048.68 |
| 03/26/2013 | 0839363 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,017.78 |
| 04/24/2013 | 0843490 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,063.15 |
| 05/23/2013 | 0847603 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 911.64 |
| 06/25/2013 | 0851824 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 07/25/2013 | 0856015 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 08/27/2013 | 0860162 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 09/26/2013 | 0864280 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 10/25/2013 | 0868378 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 11/22/2013 | 0872397 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 12/23/2013 | 0876427 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 585.29 |
| 01/28/2014 | 0880604 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,072.77 |
| 02/25/2014 | 0884622 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 03/25/2014 | 0888678 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 04/25/2014 | 0892865 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 05/28/2014 | 0896911 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 06/25/2014 | 0900984 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 585.29 |
| 07/24/2014 | 0905075 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,072.77 |
| 08/26/2014 | 0909128 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 09/29/2014 | 0913313 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 10/29/2014 | 0917272 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |

| Debtor 1 | **JOHN W. WHEELER** | Case number *(if known)* | **12-22494GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 11/24/2014 | 0921972 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 585.29 |
| 12/22/2014 | 0925989 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,072.77 |
| 01/27/2015 | 0930119 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 02/24/2015 | 0934131 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 03/26/2015 | 0938260 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 04/24/2015 | 0942422 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 05/26/2015 | 0946488 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 06/23/2015 | 0950386 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 589.54 |
| 07/28/2015 | 0954524 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 1,068.52 |
| 08/26/2015 | 0958533 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 09/28/2015 | 0962414 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 10/26/2015 | 0966479 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 11/24/2015 | 0970641 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 12/22/2015 | 0974590 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 01/26/2016 | 0978672 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 02/24/2016 | 0982574 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 03/28/2016 | 0986634 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 04/22/2016 | 0990802 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 05/24/2016 | 0994755 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 06/27/2016 | 1003531 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 07/26/2016 | 1007476 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 08/26/2016 | 1011538 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 09/27/2016 | 1015470 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 10/26/2016 | 1018945 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 11/21/2016 | 1022195 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 12/21/2016 | 1025539 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 01/27/2017 | 1029064 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 02/24/2017 | 1032420 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 03/28/2017 | 1035870 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 04/21/2017 | 1039099 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 05/25/2017 | 1042411 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| 06/27/2017 | 1045812 | VERICREST FINANCIAL INC | AMOUNTS DISBURSED TO CREDITOR | 829.03 |
| | | | | 51,399.86 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JOHN W. WHEELER
392 MARY STREET
CRANBERRY TWP, PA  16066

JAMES A PROSTKO ESQ**
PROSTKO & SANTILLAN LLC
775 FOURTH ST
BEAVER, PA  15009

VERICREST FINANCIAL INC
PO BOX 24330
OKLAHOMA CITY, OK  73124

VERICREST FINANCIAL INC
13801 WIRELESS WAY
OKLAHOMA CITY, OK  73134

8/17/17                                                   /s/ Renee Ward
                                                          Administrative Assistant
                                                          Office of the Chapter 13 Trustee