Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John W. Wheeler** | : | Case No. 12−22494−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 51 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/1/17 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this **29th day of August, 2017**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** (the "Motion") having been filed at Doc. No. 51 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before October 13, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on **November 1, 2017 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John W. Wheeler
    Debtor

Case No. 12-22494-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Aug 29, 2017
                        Form ID: 604     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.

```
db              +John W. Wheeler,    392 Mary Street,    Cranberry Twp, PA 16066-6348
13375948        +American Express,    American Express Special Research,    Po Box 981540,
                  El Paso, TX 79998-1540
13402965         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13375949       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
13375950         Beachside Village Resort,    Condominium Association,    45 Surf Drive,    Falmouth, MA 02540-2715
13375951        +Cbcs,    Po Box 164089,    Columbus, OH 43216-4089
13375952        +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
13461750        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7142,
                  Columbus, OH 43219-6009
13375953        +Jessica Wheeler,    132 Pinehurst Road,    Darlington, PA 16115-3120
13375954        +Jessica Wheeler,    132 Pinhurst Road,    Darlington, PA 16115-3120
13375955         Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13420935        +VERICREST FINANCIAL, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
13375957        +Vericrest Mortgage,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13844443         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2017 03:18:15
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13559743        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2017 03:30:56
                  Portfolio Recovery Assocs., LLC,    POB 41067,    Norfolk, VA 23541-1067
13375956        +E-mail/Text: tcm.bk@icba.tcmbank.com Aug 30 2017 03:16:16     Tcm Bank Na,
                  2701 N Rocky Point Dr St,    Tampa, FL 33607-5936
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMorgan Chase Bank, N.A.
cr*             +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
13398824*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                  Wilmington, DE 19886-5102)
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor John W. Wheeler ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Debtor John W. Wheeler pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```