**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN W. WHEELER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:12-22494<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/09/2012 and confirmed on 6/21/12 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,276.75 |
| Less Refunds to Debtor | 2,272.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,004.27 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 3,586.06 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,086.06 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BEACHSIDE VILLAGE RESORT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1686 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5193 | | | | |
|   VERICREST FINANCIAL INC | 0.00 | 51,399.86 | 0.00 | 51,399.86 |
|     Acct: 7233 | | | | |
|   VERICREST FINANCIAL INC | 0.00 | 18,231.10 | 0.00 | 18,231.10 |
|     Acct: 4153 | | | | |
|   VERICREST FINANCIAL INC | 12,490.81 | 12,490.81 | 0.00 | 12,490.81 |
|     Acct: 7233 | | | | |
|   VERICREST FINANCIAL INC | 3,732.70 | 3,732.70 | 0.00 | 3,732.70 |
|     Acct: 4153 | | | | |
| | | | | 85,854.47 |
| **Priority** | | | | |
|   JAMES A PROSTKO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN W. WHEELER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN W. WHEELER | 822.50 | 822.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN W. WHEELER | 1,449.98 | 1,449.98 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROSTKO & SANTILLAN LLC** | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS BANK FSB | 3,176.71 | 3,176.71 | 0.00 | 3,176.71 |
|     Acct: 3005 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,887.03 | 2,887.03 | 0.00 | 2,887.03 |
|     Acct: 1709 | | | | |
|   CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6122 | | | | |
|   NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |

12-22494                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1027 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| TCM BANK NA (TOTAL CARD MGMNT)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3330 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,063.74 |

TOTAL PAID TO CREDITORS                                                                 91,918.21

TOTAL
CLAIMED         0.00
PRIORITY    16,223.51
SECURED      6,063.74


Date: 08/25/2017                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JOHN W. WHEELER<br><br>              Debtor(s)<br><br>    Ronda J. Winnecour<br>           Movant<br>         vs.<br>    No Repondents. | Case No.:12-22494<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                BY THE COURT:

                                                                                _____
                                                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-22494-GLT
John W. Wheeler                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1           Date Rcvd: Aug 29, 2017
                              Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.
```
db            +John W. Wheeler,   392 Mary Street,   Cranberry Twp, PA 16066-6348
13375948      +American Express,   American Express Special Research,   Po Box 981540,
                El Paso, TX 79998-1540
13402965       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13375949     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
13375950       Beachside Village Resort,   Condominium Association,   45 Surf Drive,   Falmouth, MA 02540-2715
13375951      +Cbcs,   Po Box 164089,   Columbus, OH 43216-4089
13375952      +Chase Manhattan Mortgage,   Attn; Bankruptcy Dept,   Po Box 24696,   Columbus, OH 43224-0696
13461750      +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   Mail Code: OH4-7142,
                Columbus, OH 43219-6009
13375953      +Jessica Wheeler,   132 Pinehurst Road,   Darlington, PA 16115-3120
13375954      +Jessica Wheeler,   132 Pinhurst Road,   Darlington, PA 16115-3120
13375955       Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13420935      +VERICREST FINANCIAL, INC.,   13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
13375957      +Vericrest Mortgage,   P.O. Box 24610,   Oklahoma City, OK 73124-0610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13844443       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2017 03:18:14
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13559743      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2017 03:18:14
                Portfolio Recovery Assocs., LLC,   POB 41067,   Norfolk, VA 23541-1067
13375956      +E-mail/Text: tcm.bk@icba.tcmbank.com Aug 30 2017 03:16:16     Tcm Bank Na,
                2701 N Rocky Point Dr St,   Tampa, FL 33607-5936
                                                                                             TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, N.A.
cr*           +Portfolio Recovery Assocs., LLC,   POB 41067,   NORFOLK, VA 23541-1067
13398824*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
                Wilmington, DE 19886-5102)
                                                                                    TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor John W. Wheeler ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Debtor John W. Wheeler pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```