Certificate Number: 15111-PAW-DE-029878879

Bankruptcy Case Number: 12-22494



15111-PAW-DE-029878879

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2017, at 3:15 o'clock AM EDT, John Wheeler completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 15, 2017            By:    /s/Stephanie Sandison for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education