IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO 12-22494-GLT |
| JOHN W. WHEELER | : | CHAPTER 13 |
| | : | |
|     DEBTOR | : | |
| VS. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
|     RESPONDENT | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 12, 2017 at docket number 61 the Debtor, John W. Wheeler, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: 10-9-2017_____    /s/ Edgardo D. Santillan
                                                       Edgardo D. Santillan Esquire
                                                       PA ID No. 60030
                                                       SANTILLAN LAW FIRM, P.C.
                                                       775 Fourth St.
                                                       Beaver, PA 15009
                                                       724-770-1040
                                                       ed@santillanlaw.com

**PAWB Local Form 24 (07/13)**