IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/17/17 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JOHN W. WHEELER

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:12-22494

Chapter 13

Related to Dkt. No. 51

ORDER OF COURT

AND NOW, this \_\_\_\_17th\_\_\_\_day of \_\_\_\_October\_\_\_\_, 20 17\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: October 17, 2017

_____
Gregory L. Taddonio        jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-22494-GLT
John W. Wheeler                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy            Page 1 of 2            Date Rcvd: Oct 17, 2017
                                Form ID: pdf900      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
```
db             +John W. Wheeler,    392 Mary Street,    Cranberry Twp, PA 16066-6348
13375948       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
13402965        American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13375949      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
13375950        Beachside Village Resort,    Condominium Association,    45 Surf Drive,    Falmouth, MA 02540-2715
13375951       +Cbcs,   Po Box 164089,    Columbus, OH 43216-4089
13375952       +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
13461750       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7142,
                 Columbus, OH 43219-6009
13375953       +Jessica Wheeler,    132 Pinehurst Road,    Darlington, PA 16115-3120
13375954       +Jessica Wheeler,    132 Pinehurst Road,    Darlington, PA 16115-3120
13375955        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13420935       +VERICREST FINANCIAL, INC.,    13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
13375957       +Vericrest Mortgage,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13844443        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:28:14
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13559743       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:28:59
                 Portfolio Recovery Assocs., LLC,    POB 41067,   Norfolk, VA 23541-1067
13375956       +E-mail/Text: tcm.bk@icba.tcmbank.com Oct 18 2017 01:14:20      Tcm Bank Na,
                 2701 N Rocky Point Dr St,    Tampa, FL 33607-5936
                                                                                             TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              JPMorgan Chase Bank, N.A.
cr              The Bank of New York Mellon, as Trustee for CIT Mo
cr*            +Portfolio Recovery Assocs., LLC,    POB 41067,   NORFOLK, VA 23541-1067
13398824*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
                                                                                      TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor John W. Wheeler ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Debtor John W. Wheeler pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2            User: culy                   Page 2 of 2                    Date Rcvd: Oct 17, 2017
                                Form ID: pdf900              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7